**MARY McCLINTON CLAY**

500 CYNTHIANA ROAD
PARIS, KENTUCKY 40361

(606) 987-5698

April 27, 2000

Mr. Julian Campbell
The Nature Conservancy
642 West Main Street
Lexington, KY 40508-2018

Appraisal Report
735+/- Acre Silver Lake Farm
US Hwy 62
Cynthiana, Kentucky

Amount Due:                              $2,500.00

*[signature]*

Mary McClinton Clay, MAI

PLAINTIFF'S EXHIBIT

No. 4

TNC / RFPD1 052

Temp. Restricted ← ← $1275.00  2170130000
                                KY ACQUIST
                       ← 2.00 (Acorn Renewal
                       ← Contributions

**LAYTON L. REGISTAR**
PH. 606-987-6310
323 BRENTSVILLE RD.
PARIS, KY 40361

1173030

DATE Apr. 30, 2000

73-119/421

PAY TO THE ORDER OF  The Ky Chapter of the Nature Conservancy    $ 1375.00

One thousand three hundred seventy five ———— zero cents  DOLLARS

**Fifth Third Bank**
KENTUCKY
LEXINGTON, KENTUCKY

FOR farm appraisal work        Layton L. Registar

⑈042101190⑈   [REDACTED]  ⑈" 0215

Mike — this is
a donation
for half the
appraisal
~~the~~ + $100

TNC / RFPD1 053



**The Nature Conservancy**
KENTUCKY CHAPTER

June 20, 2000

Mr. Layton Registar
323 Brentsville Road
Paris, KY 40361

Dear Layton,

Together with the Board of Trustees and staff of the Kentucky Chapter of The Nature Conservancy, I wish to extend our sincere gratitude for your recent contribution of $1,275 for land acquisition in Kentucky. Your gift is a much-needed endorsement and a tremendous boost toward meeting our mission.

So that you may fully deduct this gift when you file your tax return, we must detail that we have provided no goods or services in return for your contribution.

Your continued support encourages the survival of Kentucky's natural habitats—our wetlands, prairies and forests that are homes to rare and endangered species across the state. Your help and the help of our other members, enables us to accelerate our protection efforts. No doubt you agree these efforts result in boundless rewards for all.

Thank you very much for helping us reach our goal.

Sincerely yours,

James R. Aldrich
*Vice President, State Director*

JRA/mks

642 West Main Street    Lexington, KY 40508-2018    606-259-9655 voice    606-259-9678 fax    www.tnc.org

International Headquarters    4245 North Fairfax Drive    Arlington, Virginia 22203-1606
*recycled paper*

TNC / RFPD1 054