UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:13-cv-00077-DCR

LAYTON REGISTER                                                                               PLAINTIFF

V.                              **JOINT MOTION TO DISMISS**

THE NATURE CONSERVANCY                                                              DEFENDANT

The parties, by counsel, respectfully move the Court to dismiss this action, with prejudice, each party to bear their own costs and attorney fees. In support of their Motion, the parties state they have reached a mutual resolution of the issues herein.

KINKEAD & STILZ, PLLC

BY:   */s/ D. Barry Stilz*
          D. Barry Stilz, Esq.
          PNC Tower
          301 East Main Street, Suite 800
          Lexington, Kentucky 40507
    ATTORNEYS FOR PLAINTIFF

STURGILL, TURNER, BARKER
& MOLONEY, PLLC

BY:   */s/ Phillip M. Moloney*
          Ernest H. Jones, II
          Phillip M. Moloney
          333 West Vine Street, Suite 1400
          Lexington, Kentucky 40507
    ATTORNEYS FOR DEFENDANT

x:\wdox\clients\63941\0002\pleading\00552924.docx