UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LAYTON REGISTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 13-77-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE NATURE CONSERVANCY, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties to this action have tendered a joint motion to dismiss this matter, with prejudice, indicating that resolution has been reached on all issues. [Record No. 119] Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, with each party to bear his/its respective costs and expenses incurred in this action.

This 12th day of January, 2015.

